UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

United States of America,                                              7:19-MJ-10989(MRG)

                Plaintiff,

                                                                              **J U D G M E N T**

-against-

Bryan J. Flynn,

                Defendant.
_____

    The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 30, 2020 accepted the defendant's plea of guilty to the charge of Driving While Ability Impaired, in violation of the provisions of New York Vehicle and Traffic Law § 1192.1, in full satisfaction of the Misdemeanor Complaint filed on November 22, 2019 and it is,

    ORDERED, ADJUDGED AND DECREED that the defendant Bryan J. Flynn is sentenced to:

    (1) Ninety (90) days suspension of New York State driving privileges (with a twenty (20) day stay to January 19, 2021),

    (2) Attend a session for Victim Impact Panel on January 21, 2021, or a date set forth by the Victim Impact Panel administration,

    (3) A fine in the amount of $350.00 with time to pay White Plains by January 28, 2021, or appear before this Court on January 29, 2021 at 9:00 a.m. to show cause why the fine was not paid.

                                                                                 SO ORDERED:

                                                                                 Hon. Martin R. Goldberg
                                                                                 United States Magistrate Judge

Dated: April 6, 2021
Poughkeepsie, N.Y.